# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | |
| ) | Case No. 15-20042-02-CM |
| **RICARDO FELIX-GAMEZ,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM AND ORDER

This closed criminal case is before the court on defendant Ricardo Felix-Gamez's Pro Se Motion for Clarification or Correction of a Clerical Mistake, Oversight, or Omission Fed. R. Civ. P. Rule 60(a) (Doc. 162). Defendant asks this court to clarify that the personal forfeiture judgment of $19,919.55 is not collectible from him; and that it is a judgment only against his co-defendant.

Defendant agreed in his plea agreement to the personal forfeiture judgment against himself. The judgment is not only against Mr. Felix-Gamez's co-defendant, but also against Mr. Felix-Gamez. That is the finding the court made on the record, and it is also what Mr. Felix-Gamez agreed to in his plea agreement. No clarification or correction to the judgment is necessary or appropriate.

That said, under the forfeiture judgment, defendant essentially gave up any rights to U.S. currency that was seized on April 24, 2015. The government has that money (because it was seized), so the court is uncertain what further collection efforts from defendant would be warranted given those circumstances.

**IT IS THEREFORE ORDERED** that defendant's Pro Se Motion for Clarification or Correction of a Clerical Mistake, Oversight, or Omission Fed. R. Civ. P. Rule 60(a) (Doc. 162) is denied.

-1-

Dated this 2nd day of April, 2019, at Kansas City, Kansas.

                                          **s/ Carlos Murguia**
                                          **CARLOS MURGUIA**
                                          **United States District Judge**